UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV -4  P 3: 22

U.S. DISTRICT COURT
NEW HAVEN, CT

Dorian DAVIS
    Plaintiff,

v.

John ARMSTRONG,
  et al.
    Defendant.

Case No. 3:03cv248 (PCD)

## ORDER

On October 10, 2003, United States Magistrate Judge Holly Fitzsimmons ordered Plaintiff to file an amended complaint within twenty days of the date the Order [Doc. No. 15]. The Order provided Plaintiff with notice that "[f]ailure to comply with this order and provide evidence of exhaustion of administrative remedies will result in the dismissal of this action." See Valentine v. Museum of Modern Art, 29 F.3d 47, 49 (2d Cir. 1994) ("The severe sanction of dismissal with prejudice may be imposed even against a plaintiff who is proceeding pro se, so long as a warning has been given that noncompliance can result in dismissal.") (citing Bobal v. Rensselaer Polytechnic Inst., 916 F.2d 759 at 766 (affirming dismissal of pro se action)). Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's case is dismissed.

    SO ORDERED.

Dated at New Haven, Connecticut, November _1_, 2004.

                            Peter C. Dorsey
                          United States District Judge