UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DORIAN DAVIS
                                                      PRISONER
      v.                                CIVIL 3:03cv248 (PCD)

JOHN J. ARMSTRONG
LARRY J. MYERS
JOHN DOE

### J U D G M E N T

This cause came on for consideration of the <u>pro se</u> complaint before the Honorable Peter C. Dorsey, United States District Judge.

On October 10, 2003, the Court informed the plaintiff of the exhaustion requirement and ordered him to file an amended complaint demonstrating that he exhausted his administrative remedies prior to filing this action. Plaintiff failed to file an amended complaint. On November 4, 2004, the Court issued an Order of Dismissal dismissing this action for plaintiff's failure to file an amended complaint as ordered by the Court.

It is therefore **ORDERED** and **ADJUDGED** that the case is dismissed and the matter closed, in accordance with the Court's Order.

Dated at Bridgeport, Connecticut this 10th of November, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By /s/ Cynthia Earle
                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____